KINGS COUNTY INVESTORS CORPORATION, Plaintiff, v. ARTHUR W. SCHMIDT, JR., Defendant.— Submission of a controversy upon an agreed statement of facts involving the sufficiency of affidavits upon which an order directing service of a summons by publication was based. Judgment unanimously directed for the plaintiff against the defendant for specific performance of the contract, with costs. In our opinion, the affidavits were sufficient to confer jurisdiction. Present — Lazansky, P. J., Young, Hagarty and Davis, JJ.; Carswell, J., not voting.

SALVATORE LAURICELLA and LILLIAN LAURICELLA, Respondents, v. PHILADELPHIA DAILY NEWS, INCORPORATED, Appellant.— Order denying motion to set aside the summons and complaint on the ground that the defendant was not summoned affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Young, Hagarty and Davis, JJ., concur; Carswell, J., not voting.